UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIK COLLETT

  Plaintiff,
v.

NICHOLAS WELLMAN, *et al*,

  Defendants.
_____/

Case No. 19-10426

Stephanie Dawkins Davis
United States District Judge

# OPINION AND ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S MARCH 26, 2021 REPORT AND RECOMMENDATION (ECF No. 43)

Currently before the Court is Magistrate Judge Curtis Ivy, Jr.'s March 26, 2021 Report and Recommendation. (ECF No. 44). Magistrate Judge Ivy recommends granting the motion for summary judgment, dismissing the federal claims and declining to exercise supplemental jurisdiction over the state law claims. *Id*. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended disposition. Therefore, the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation

(ECF No. 43), **GRANTS** the motion for summary judgment, **DISMISSES** all federal claims with prejudice, and declines to exercise supplemental jurisdiction over the state law claims, **DISMISSING** them without prejudice.

    **IT IS SO ORDERED**.

Date: June 8, 2021                                     <u>s/Stephanie Dawkins Davis</u>
                                                                            Stephanie Dawkins Davis
                                                                            United States District Judge